**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00718-RPM-MJW

JAIME HAYES,

        Plaintiff,

v.

CREDITORS FINANCIAL GROUP LLC, a New York limited liability company,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

        THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

        DATED: May 5th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge